UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:19-cv-02013-T-30CPT

SFR SERVICES, LLC a/a/o
KEITH AND PHYLLIS TUMULTY

    Plaintiff,

vs.

ELECTRIC INSURANCE COMPANY,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, ELECTRIC INSURANCE COMPANY, by and through its undersigned counsel, and hereby discloses the following pursuant to this Court's interested persons order:

**1).** **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interested in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case**:

    Jonathan B. Aronson, Esq., Aronson Law Firm

    Electric Insurance Company – Electric Insurance Company is a wholly owned subsidiary of GE Capital US Holdings, Inc., (GECUSH): GECUSH is a wholly owned subsidiary of GE Capital Global Holdings, LLC. GE Capital Global is wholly owned by GE.

**2)** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings**:

Defendant knows of no such entity at this time.

3) **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases**:

Defendant knows of no such entity at this time.

4) **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution**:

Defendant knows of no such entity at this time.

5) **I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Jonathan B. Aronson*
Jonathan B. Aronson, Esq.
Florida Bar No. 434116
ARONSON LAW FIRM
95 Merrick Way
Suite 720
Miami, Florida 33134
Telephone:   (305) 662-1233
Facsimile:    (305) 662-1266
Email: jaronson@aronsonlawfirm.com

## **SERVICE LIST**

Joshua Whilser, Esq.
1909 Tyler Street
Suite 501
Hollywood FL  33020
(service@whilserlawfirm.com)