UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SFR SERVICES LLC, a/a/o
KEITH AND PHYLLIS TUMULTY,

     Plaintiff,

v.                                   Case No. 8:19-cv-2013-CPT

ELECTRIC INSURANCE COMPANY,

     Defendant.

_____/

## O R D E R

Before the Court are the *Defendant's Motion to Compel Discovery[ ]* (Doc. 56), the *Defendant['s] Notice of Mootness* (Doc. 57), and the parties' *Notice of Settlement* (Doc. 58). In light of these filings, it is hereby ORDERED:

     1.     The *Defendant's Motion to Compel Discovery[ ]* (Doc. 56) is denied as moot.

     2.     Pursuant to Local Rule 3.09(b), this action is dismissed subject to the right of either party within sixty days of the date of this Order to move to re-open the case for entry of a stipulated final order or a judgment or, upon good cause shown, for further proceedings.  After that sixty-day period, the dismissal of this action shall be with prejudice.

3.    The Clerk of Court is directed to terminate any pending motion(s) and deadline(s) and to close the case.

DONE and ORDERED in Tampa, Florida, this 12th day of July 2021.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record